IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 00-cr-00439-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  DWIGHT E. HERRERA;
2.  LIONEL AMOS;
3.  ERIC AMOS;
4.  CHRISTOPHER HOLYFIELD;
5.  HARVEY CASTEEL;
**6.**  **WALLACE RAYMOND CROOKS;**
7.  ROBERT E. DAVIS;
8.  DAMEON MOORE,
  a/k/a Damien Moore;
9.  CHRISTIAN JONES;
10.  MICHAEL TROY SMITH;
11.  DAVID ABNEY, SR.;
12.  TYRONE CARPENTER;
13.  PAMELA DIXON;
14.  LATICIA HOUSTON;
15.  JAMES E. LEE;
16.  DENISE E. KING;
17.  CEDRIC WILLIAMS;
18.  ALTONESE OLIVER;
19.  RACHEL OLIVER;
20.  JERRY MASCARENAS,

  Defendants.

---

**ORDER DENYING MOTION UNDER 18 U.S.C. § 3582(c)(2)**

---

THIS MATTER comes before the Court on a motion **(#1780)** filed by Defendant Wallace

Raymond Crooks for a reduction in his sentence under 18 U.S.C. § 3582(c)(2), which he filed

*pro se*.[1]  He seeks such reduction based upon a recent amendment to the Sentencing Guidelines which altered the crack cocaine quantities pertinent to the base offense levels in U.S.S.G. § 2D1.1.  Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

Upon receipt of Mr. Crooks' motion, the Court appointed counsel to represent Mr. Crooks and gave counsel an opportunity to adopt, supplement, or withdraw the motion.  The Court also directed the probation office to prepare a supplemental presentence report.

After speaking with Mr. Crooks, defense counsel filed a supplemental motion **(#1811)** advising that Mr. Crooks is not eligible for a reduction in his sentence under 18 U.S.C. § 3582(c)(2) because he qualifies as a career offender pursuant to U.S.S.G. § 4B1.1 and there would be no reduction in the applicable sentencing guideline range of 360 months to life imprisonment.  Likewise, the probation officer recommends in her addendum to the presentence investigation report that the motion be denied due to Mr. Crooks' status as a career offender, and the Government concurs in that recommendation.

Based upon the parties's submissions and the presentence investigation report, the Court finds that Mr. Crooks qualifies as a career offender pursuant to U.S.S.G. § 4B1.1.  He therefore is not eligible to avail himself of a reduction in his sentence under 18 U.S.C. § 3582(c)(2).[2]

**IT IS THEREFORE ORDERED** that the motion **(#1780)** for a reduction in sentence is

---

[1] Mr. Crooks filed a motion **(#1808)** to withdraw this motion while he awaited appointment of counsel.  Because counsel was appointed, such motion is denied, as moot.

[2] Mr. Crooks has moved **(#1818)** to replace his current counsel because she has taken a position which is contrary to his own.  In light of the above findings, such motion is denied.

**DENIED**.  The supplemental motion **(#1811)** seeks no relief and is also **DENIED**.

Dated this 16th day of June, 2008

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge